IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGEL GRANT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  21-4443 |
| | : | |
| **KLS LOGISTICS** | : | |

# ORDER

**AND NOW**, this 14th day of March 2024, upon considering plaintiff's letter informing the court the matter has been resolved (DI 13), it is **ORDERED**:

1. The action is **DISMISSED** pursuant to Local Rule 41.1(b);

2. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**